Thursday, December 04, 2014
8:50 AM

# D.C. SUPERIOR COURT

Awoke Gebretsadike

5513 7ᵀᴴ St. NW

Washington DC, 20011

202 292 8557

Plaintiff,

FILED
CIVIL ACTIONS BRANCH

NOV 0 6 2014

Superior Court
of the District of Columbia
Washington, DC

**14 - 0 0 0 7 0 4 2**

Vs.

Travelers Insurance Company

P O BOX 10891

Chantilly, VA 20153-0891

800 368 3562

Defendant



## Background

1 My name is Awoke Gebretsadike. I was a serial entrepreneur running several businesses in Ethiopia. I established Technology Company and running several cyber cafes in Addis Ababa together with my family. Most of our customers were primarily foreign diplomats and international humanitarian workers in the capital of Ethiopia. That led me to be accused by the Ethiopian government spying for foreign free press organizations and opposition groups. My life got in danger and finally flew to the USA in the end of 2009.

2 When I arrived here in Washington DC, human Right lawyers helped me to process the political asylum in the American government which I had worry it has political affiliation with that dictatorial regime in the horn of Africa - Ethiopian government. I finally got political protection and granted asylum to live in the USA for the rest of my life since 04/19/2010 in accordance with the country's law. I decided working for local T-Mobile Dealer Store in Silver Spring, Maryland till I get well informed of this new world and start utilizing my entrepreneurship background here in DC. I got small used car which I can use it temporarily till I get settle and buy another new car from one of my customers in the beginning of 2011. It was Subaru Impreza 1996. I bought insurance coverage from Travelers including I believed optimum PIP coverage of $50K as I don't have health insurance at work after I was explained Travelers has better reputation of delivering reliable coverages for its insureds despite its premium was higher than the other Insurance Companies in the market.

## Car Accident

3 In the eve of the new year on Saturday December 31st 20011 while I was driving from my home to Restaurant, a car accident occurred to me around 8:30PM just very few blocks away from where I live. A vehicle crashed the front right corner of my car. Nobody was in the car with me. I was unconscious for some period of time. I started noticing when the people gathered during the accident making voices. I tried to organize myself and called for ambulance. The dispatcher was asking me questions which I failed to have power for responses. I handed my cell phone for one of the guy from the gathered people and he explained him what happened.

1

While this individual was explaining what happened to the 911 dispatcher, the other vehicle already left. It was difficult for me to recognize and write the tag number of that vehicle which had unusual plate and doesn't look like regular DC plate. The police arrived right after couple of minutes and start taking the report.

4 I wasn't able to walk properly. The police urged me to go to emergency room for treatment. I've never been in this type of situation or taken to emergency room before but I know emergency room medical expenses are very high. They don't give us health insurance at my work place. The fault party has already disappeared. I responded for the officer I mightn't able to afford emergency room costs. The people gathered during the accident and who saw me failed to manage myself being very emotional helped me to go back to home. The headache and the pain at my left leg were simply tough. I called Taxi to take me to the natural and massage treatment center in my area. The rest of the night was the moment I missed my family. I was helpless.

## Demand for Treatment

5 Early mornings on Monday 01/02/2012, I went to 4th district Metropolitan Police Department to ask any update from the investigation about the other vehicle. They gave me the police report with no information about the other driver/vehicle. I visited the natural and massage center again. It seemed it wasn't working. My leg and the headache were getting worst. They started informing me I've to go to hospital urgently. I contacted DC Police again and Travelers and explained the situations.

6 I got confirmation from Travelers my medical expenses will be covered if I start taking treatment. I received letter mentioning I've $50,000 medical expense coverage and $0 wage loss benefits. I started asking which hospital I should go in the area that I can get treatment very soon. I started contacting several medical centers. It wasn't working out well. I finally got a woman who works in John Hopkins hospital who can help me process the paper work there.

2

7 On Monday 01/09/2012 morning I contacted John Hopkins and explained them the situations. They informed me they'll reach me back. As they promised they contacted me back the next day. They asked to send them all necessary documents including Travelers letter which shows my treatment cost will be covered. I did. They promised me again they'll get back to me after they get confirmation from Travelers. Unexpectedly, I received email from John Hopkins that I can't get treatment in the hospital giving me a reason I found it vague and difficult to accept – "John Hopkins doesn't take car accident patients". It's been more than a week without treatment. I'm still with devastating headache and pain at my left leg. On Friday 01/13/2012, I wrote letter for Travelers mentioning John Hopkins refused me treatment and if there's a way I can get treatment in the hospitals Travelers itself already working with or affiliated with.

8 On 01/16/2012, Travelers representatives contacted me to fill and send them the form they sent me together with the following documents they requested to send them before they allow me to get treatment.

*Affidavit showing I don't have health insurance

*Election Form (PIP, fault party coverage)

*Medical release Authorization

*Accident Police Report

I sent these documents on the same day they requested i.e. on 01/16/2012.

9 Travelers sent me lists of four health providers on 01/17/2012 mentioning I've to contact them by myself. They also mentioned I can't use my PIP coverage in my policy which I pay Travelers every single month unless I sign agreement to waive my right to make the fault party, who committed crime (hit and run) on me, responsible for the damage including nonmedical cost damages. This was something very confusing for me and couldn't make sense. Disagreement about this specific issue continued with Travelers. However, I kept contacting the medical providers from the list they sent me. None of them was aware of the matter and not

3

comfortable about how the medical costs will be covered. I got exhausted. I finally decided to go to the clinic which I used to go when I got here in the US even though I was not sure how much they could help car accident injuries. I called Unity Health Care appointment line. The nearest appointment they could give me was Feb 3rd 2012.

10 The headache and pain at my knee were getting beyond my control. Early morning on Wednesday 01/18/2012, I decided to contact Unity Health Care again to reconsider any possible nearest appointment. I called Unity. I explained I can't wait up to the appointment date Feb 3rd 2012. I was nervous and crying. The woman in the phone line called her manager and decided to look for any available emergency schedules. She cancelled the February appointment and gave me for the next day.

## Treatment Process

11 The next day morning on Thursday 01/19/2012, I went to Unity Health Care. I saw Dr.Kate Sugarman. She wanted to contact Travelers about medical costs before she refers me to Sibley Hospital for specialized doctors related to my left leg and brain injuries. I saw Dr.Kate worried about medical costs very much. The response she got from Travelers didn't adequately address her concern of future medical costs. She forwarded me the email communications she had with Travelers. Finally, she decided to send me to Drs. Groover clinic for brain laboratory checkup which she gave the most priority. I was taken to the laboratory clinic directly from Unity Health Care.

12 The Drs Groover clinic Front Desk took all my information including Travelers contact information. I was told to wait till she contacts Travelers. She came back and told me I've to come back on Monday 01/23/12 after she's clear about how Travelers pays the cost. When all these happened no one was with me. I was with that bad head and knee pain.

13 On 01/23/12 Monday, I went back to the clinic. They informed me they talked to Travelers and I've to pay upfront to get brain check up. I made a call to Dr.kate Sugarman and explained the matter. She told me she'll call me back after she contacts Travelers and Drs. Groover clinic. I

4

understood there were back and forth for Dr.Kate between the Drs Groover clinic and Travelers. The headache was getting worst and it was critical situation. I've agreed to pay for it using my credit card. I went back to the lab and they told me again to come back at 3PM in the afternoon. I went back at 3PM and the clinic made CT-Scan.

14 The next appointment date I saw Dr.Kate Sugarman was on Friday 01/27/2012. I went to Unity Health Care early in the morning. Dr.Kate Sugarman gave me prescription paper and lit which teaches about head pain. I went to CVS and took the prescriptions. It was the medications I was taking for the next 30 days twice a day morning and night.

15 I can't say the medication didn't help at all but the pain at my leg wasn't getting better. I contacted Dr.Kate Sugarman again on 12/02/12. She responded she gets back to me after she's able to arrange me treatment in the church PRO BONO. After couple of days, I got message from Dr.Kate Sugarman that the church has agreed to give me treatment for PRO BONO but the next earliest possible appointment I can get is March 10 2012. I was worried about how I can be with out treatment and work till March but since treatment cost issue from Travelers side has been very confusing for medical providers and I don't have health insurance at work, I had to agree and wait till March 10 for this PRO BONO treatment for my leg.

16 On 03/10/12, I went to the church for treatment. They asked me if I've any insurance for future possible treatment. I explained the car insurance is not giving me the medical coverage though I'm paying for it every single month. They gave me appointments to get treatment in their own clinic for the next 4 weeks and physical therapy exercises I do every day morning and night.

17 I've been taking medications morning and night for the headache. However, I frequently get dizzy and can't concentrate. I consulted this continued matter with my doctor on 03/26/12. Dr. Kate Sugarman advised me to work with ASTT mental health services. I contacted ASTT and got appointment for 04/06/12.

5

18 I'm getting treatment in ASTT. I'm also going to the church for my leg. The therapists in the church has been telling me to go back to my doctor and get some image laboratory check up for my leg as I've unusual symptoms after their treatment. I made appointment to see Dr Kate Sugarman in Unity health Care. Dr. Kate Sugarman was still worried about future medical costs as I did. She wanted to talk to the therapists in the church and ASTT for the available options.

## Beyond the Pro Bono Treatment

19 I'm not working and my credit cards are maxing out. The effort to sell my properties so that I can pay for the necessary medical treatments and manage my living is not getting successful. Travelers already not willing to offer my medical coverage which I'm paying them every single month. My doctor and ASTT agreed to send me to DC Government Social Services if they can assist me.

20 Faith Ray in ASTT helped me to get DC Social Service Application Form to apply for aid. I filled the form and went to their office. They were kind enough to process it immediately. They gave me DC MEDICAID for my treatment costs. I got the policy number the same day and they told me to wait for the insurance card in the mail within seven days. I have appointment to see Dr. Kate Sugarman on 06/26/2012.

## Disagreement with Travelers continued

21 The dispute between me and Travelers continued even after Travelers refused my medical coverage. Travelers doesn't want to fix my car damaged during the accident. They claimed it's a total loss. They only give me dollar value for it. I've bad pains when I make a lot of walks. Vehicle was essential for me and I wanted Travelers to fix the car than taking it. It didn't work out. I live alone with no single family with me. I couldn't make it without vehicle even to walk around and buy food from groceries. I made inquiry in Travelers to arrange me rental car. They gave it to me after a month. I started using this rental car. While Travelers processes paper work for the total loss car, I was asked in email for the rental car extension beyond the six days I was originally given. I responded "yes" for Travelers representative email. However, Enterprise

6

(car Rental Company) started taking rental payment from my credit card in file at the time I was financially in crisis. They already took more than thousand dollar from my account. Enterprise gave the following written reason when I filed complain about this matter for my bank "Enterprise received $0.00 on behalf of Mr.Gebretsadike. We contacted the insurance company several times regarding any additional payment on behalf of Mr. Gebretsadike. The Insurance Company is still processing the claim. As per signed rental agreement Mr. Gebretsadike is solely responsible for the remaining cost of the rental... "There's been uninteresting back and forth email communications between me and Travelers about why Travelers doesn't give me rental car for sensible duration or fix my own car. I also send another very detail letter for Travelers on 06/27/12 explaining the situation. The time is very critical to me. I'm trying to get treatment and don't want to put much pressure on my leg and make it irreversible. Vehicle would support my leg a lot but I didn't get response back. Travelers continued to be brutal. This time together with its business partner Enterprise.

22 I visited Dr.Kate Sugarman right after I got medical insurance from DC Government Social service on 06/26/12. She sent me to George Washington University Hospital Physical Medication and Rehab Center for complete left leg check up and unresolved balance issues. The nearest possible appointment I was given in George Town University Hospital was 07/17/12. I went there and they made all the check up and gave me treatment schedule for the next four weeks. I've agreed with them I've to go back to work while in treatment since I was financially in crisis and all my credit cards maxed out even to buy food and my landlord finally evicted me. I was sleeping on the street – unforgettable bad experience difficult to remove it from my memory still today.

## The Wrongful Eviction...

23 I was not in my house when the eviction executed on 09/15/2012. The social service was about to pay the rent if the landlord was cooperative enough on the paperwork. The landlord manager evicted me exposing me being robbed my personal belongings including very confidential government asylum documents, academic certificates, social security card, medical

7

documents etc. My family members back home who scarified their life to save mine from that tyranny Ethiopian Government heard what was going on. My father who heard his son is homeless on Washington DC street got shocked and went back to hospital bed. The dispute with the landlord and the people associated with this crime hasn't been resolved still today and it's under investigation.

24 I started trying to come back to normal life while taking treatment in George Town University hospital. I wasn't able to attend DC Government Social service scholarship on cyber security training that could lead me to work for DC Government due to mental and economical matters. There's been unresolved headache and psychiatry issue which I was finally getting treatment with the help of DC Government Social Services. The psychiatry Department head in Unity Health Care - Dr Khalil Johnson and my doctor – Dr. Kate Sugarman have been helping me for Insomnia, PTSD, concentration, and other psychiatry types of diagnosis. The social service aid for treatment cost was limited and later disconnected. I wasn't able to see the mental doctor clinic which Dr. Khalil referred me. I couldn't see the psychiatry doctor himself for the remaining appointment visits I had with him because of the same reason – no one could cover the cost. I stand for prolonged period of time at work. I was sent to Hanger Clinic on 09/27/2012 by Dr.Karen Harrison in Unity Health Care to get orthotics for my leg. I couldn't get this orthotics too since the DC medical aid disconnected. I was working part time and I finally got it by myself with installment payments.

25 I've been contacting Travelers to investigate about the other vehicle/driver and help me get legal assistant to get possible solutions for the last almost two years. There's never been positive response. The fact that the other vehicle plate was unusual and my push to reveal the other driver information was not getting any result have been bothering me. It has been additive to the thought popping in my brain and frightening me this terrific tragedy is connected to that dictatorial Ethiopian government and its elements which is the very reason that made me leave my home and started living without my family here in the US.

8

26 The DC Police department finally sent me confusing letter on June 17 2013 explaining the investigation about the hit&run accident is suspended and I may have to initiate civil matter by myself. I got an attorney who comes at my work place and briefed him all my story and the injustices. He was confused with my vague question and explained me I can't initiate civil matter without the fault party information. He further explained it's unlawful Travelers hasn't yet helped me through the Uninsured Bodily Injury coverage benefits in my policy even without the presence of the other driver information and I should contact contract lawyers to rectify all the injustices Travelers committed on me. I wrote a letter back to this insurance company for explanation. Travelers didn't want to give me written response for my questions. I was repeatedly asked in email from Travelers to contact them in the phone. I called them and asked the same question. Travelers gave me which I can say "misleading" explanation in terms of wage loss benefits at least relative to what the attorney explained me. Travelers representative gave me explanation that the uninsured bodily injury claim doesn't include wage loss. I asked Travelers representative to send me written explanation and the phone ended up. I got Travelers letter written on September 10/2013. This letter shows I've both medical and wage loss benefits under my policy which is contradictory to the letter Travelers sent me on 01/06/2012 which states I've $0 wage loss benefits. Travelers unable to convenience me why I wasn't given these benefits on those bad days I needed it the most. Travelers representative tried to give reason that I never gave them medical authorization to access my medical records. The fact of the matter is I sent them this medical authorization on 01/16/2012. I've proven this document has been in Travelers file cabinet still today.

## Demand For Independent Legal counsel and trying to move forward...

27 I asked if Travelers could arrange me independent counsel to help me clear up this matter. It didn't work out. I'm living in the city lawyers are paid $1000/hour. I contacted Pro Bono lawyers to help me investigate all these continued tragedies. I asked Travelers to provide me the related files in Travelers and went to these lawyers to get their insight. These voluntary lawyers indicated to me the policy declaration I had which was the only document I was given when I made contract with Travelers back 2011 is not complete policy. I contacted back Travelers again

9

to provide me my complete policy. I got it on 01/02/2014 after several back and forth communications. I found this missing document explanatory and helpful. I got back to the Pro Bono lawyers again. They gave me the possible legal advise. These Pro Bono lawyers don't give representation service due to lack of resources.

28 I've been unable to move to another state from this very insecure and inhabitable neighborhood I'm still living where the car accident occurred. There have been indications it was a must I had to move from this area besides the tragic car accident. The rental car mirror was broken and my macbook and Ipad were robbed on 06/07/2012. I reported this matter both for Travelers and DC Police. I tried to explain for Travelers I wanted to move from this neighborhood on several circumstances. I was asking help to get treatment as soon as possible so that I could go back to work to stabilize my financial needs. My life in this neighborhood has been miserable and I want to move as soon as possible. There were other couple of occasions I myself was attacked and taken to emergency room after the car accident.

29 My leg still has issues when it's cold weather and I make couple of blocks walk. I wasn't able to have vehicle to support my leg. Travelers took my car though I wanted them to fix it. I couldn't buy another one for long time. Car dealers declined me to finance. My credit history is damaged. I had almost zero credit card debits and very good credit history before the car accident. I was about to go to school and in preparation to establish and work part time in my own technology company here in DC partnering with Capital Asset Builder DC Branch and Latino Economic Development in the beginning of 2012 right before the mess of that car accident began. These organizations closed my file when they didn't hear from me for long time. I tried to keep faith and contacted them again in the new year of 2014. They considered to reopen my file and how they would help my company, Deep LLC, gets back to life. I'm unable to go forward for any of my projects in Deep LLC because financers are declining me to access capital due to my credit history is damaged. I was somebody who was nothing but driven by unlimited endless depth love. I'm afraid I'm still in that state but the opposite. That has been weakening me. I've become an individual who even can't manage his living. I don't allow my entrepreneurship inspirations and going to school dreams lost. The mental issue hasn't still been resolved yet. I've

10

to get treatment for all my head related issues so that I can pursue my dream of going to school. I need to get back to the mental treatment which was discontinued end of 2012 because no insurance to cover me. Hence, I want this court to give me relief for the following actions and further relief as the court may deem proper soon. As soon can be. Thank you.

1 Breach Of Contract

2 Breach Of Duty Of good faith and fair dealing ("Bad Faith")

3 Tortuous Interference with Contract

4 Breaches of Fiduciary Duties

5 Misrepresentation and omissions under the District of Columbia Consumer Protection Procedures Act

6 Intentional Infliction of Emotional Distress

7 Recovery of all applicable Damages

## Breach of Contract

1 Under District Of Columbia Uninsured Bodily Injury covers the insured without the fault party information (hit and run accident) but Travelers hasn't made this law applicable to my case according to our contract and not reimbursed me any costs or even consider any Uninsured Bodily Injury benefits till the legal counselors exposed the truth of this matter.

11

2 Travelers wrote me a letter on 01/06/2012 which says I have $0 wage loss benefit but the fact of the matter is, under District Of Columbia law Uninsured Bodily Injury is applicable to cover wage loss benefits even without the fault party information (in hit and run accident). My contract with Travelers clearly shows I've $50,000 Uninsured Bodily Injury coverage.

3 Travelers didn't cover me my PIP coverage according to my auto insurance coverage contract.

4 I asked Travelers help to get me rental car on 01/05/2012. I wrote detail email again on 01/16/2012 to give me rental car. They weren't willing to give me till 02/15/2012 almost after a month I asked for the 3rd time.

5 Unwilling to provide reasonable duration for rental car at least till I get proper treatment for my leg. I sent email for the other Travelers representative as well to arrange me rental car because I couldn't manage the pain when I make a lot of walk.

6 Denying coverage for the rental car damage though Travelers' put full vehicle coverage for it. Travelers claim when the damage happened it was beyond the number of days Travelers gave me the rental car which was originally six days. Travelers representative gave me six days in the beginning because the intention was to fix my car. But DMV refused to provide Salvage tittle,which Travelers put as a requirement on me to provide them to fix my car through the coverage I've in Travelers. DMV's reason was the vehicle has to be fixed first and pass inspection. Travelers finally took possession of the car and took time to process the payment of the market worthy of the vehicle and send the check. While all these were going on, Travelers sent me email if I need extension for rental car and I responded yes in email. It was after I got extension, the rental car damaged but Travelers denied the coverage of this rental vehicle.

### Breach of duty in Good Faith and fair deal ("Bad Faith")

1 They claimed I've $0 wage loss coverage in the beginning and after a lot of frustrations, PTSD treatment, my landlord evicted me and a lot of messes, they're now saying I've wage loss coverage almost after two years and I was without work for more than seven months without

12

any help or benefits from the insurance coverage I was paying. Travelers didn't willingly believe I've wage loss benefits by themselves but after they made several back and forth misleading communications and they couldn't get space to mislead me again.

2 The medical coverage in my contract not provided to me. The reason Travelers gave me not to provide this coverage was I've to sign agreement to waive my right to make the fault party responsible for the damage (including non-medical cost damages) to use this medical coverage in my policy despite my continued argument that I was paying premium every month for this specific coverage for Travelers. Moreover, Travelers letter itself indicated both PIP and the fault party coverage can be used if the medical cost is higher than the PIP coverage. At that point Travelers enforced me to select one of the two however there was no evidence for me the medical cost is not higher than the PIP coverage but the fear was otherwise. My doctor herself indicated medical costs especially the one related to brain injury might go very expensive. This breach of duty in good faith made me not to get treatment on time. John Hopkins got confused and finally refused to offer me medical treatment. There was confusion in CT-Scan Lab too till my doctor dove into it and resolved it. My doctor herself finally decided to help me get treatments in Pro Bono medical centers which compromised my treatment needs and made my treatments to take long time including while waiting to get treatment as these pro bono clinics had a lot of patients in the waiting list.

3 Under District Of Columbia Uninsured Bodily Injury covers the insured without the fault party information (hit and run accident) but Travelers hasn't made this law applicable to my case and not paid me any Uninsured Bodily Injury benefits even after a year I finished treatment. Travelers breach of duty of good faith and fair deal clearly observed in their last days email responses for the lawyers questions I was raising to them. This breach of duty from Travelers side has had devastating effect on me economically, not to get medical treatment on time, many other immeasurable injuries like PTSD treatment, being evicted by my landlord...

13

4 Travelers continuously unwilling to investigate about the escaped driver irrespective of my continued request about it. Travelers didn't investigate in their own available resources at least the hit and run driver was reported or not.

5 Not providing rental car on time based on the Uninsured Motorist property damage coverage in my contract. This coverage should help me get rental car on those crisis days. I requested Travelers to get me rental car on 01/05/2012. I wrote detail email again on 01/16/2012 to give me rental car. Still they didn't give me till 02/15/2012 almost after a month I asked for the 3rd time.

6 Not providing rental car for sufficient time even at the time I needed it badly as I still was not able to get proper treatment and laboratory checkup showing my leg is safe.

7 Travelers took possession of my vehicle though I was requesting to make it fixed and retain it based on the uninsured property damage in my contract. I was in treatment and had pains when I made a lot of walks. Vehicle was essential for me.

## Tortuous acts

1 Providing me incomplete insurance policy document.

2 Travelers sent me tortuous letter right after the accident that tells I've $0 wage loss benefits though I could have got wage loss benefits through PIP and/or Uninsured/Underinsured bodily injury coverages.

3 Travelers didn't pay me any wage loss benefits though DC Law allows me to get wage loss benefits through the PIP coverage I've in my policy

4 Travelers didn't pay me any wage loss benefits through UNINSURED/UNDERINSURED BODILY INJURY though DC law allows this coverage in my policy without the other driver information in the hit-run accident occurred to me.

14

5 Travelers didn't allow me to get treatment or cover medical costs using the PIP coverage I've in my policy.

6 Travelers didn't cover any of my medical costs through UNINSURED/UNDERINSURED bodily injury coverages I've in my policy.

7 Travelers didn't provide me any other UNINSURED/UNDERINSURED bodily injury coverage benefits (different from wage loss and medical expenses) though DC law allows me to get those benefits in the hit and run accident.

8 Not providing me rental car when i needed it the most according to DC Uninsured/Underinsured property damage law. Travelers gave me rental car after a month.

9 Not providing me sufficient duration for rental car according to DC Uninsured/underinsured motorist property damage law though I had physical limitations and I explained in detail about this matter for Travelers in email.

10 Not responding to car rental company - Enterprise on time about payment of rental car costs though Enterprise tried to contact Travelers. That resulted Enterprise to take rental car cost from my credit card which I kept it for very basic physiological needs. They took this money at the time I was financially in crisis.

11 Travelers was making confusions and negative impressions about my medical coverage in my policy for medical providers (John Hopkins, my doctor in Unity Health Care, CT SCAN...) which finally resulted me not to get treatment on time and right places. John Hopkins refused to provide me medical treatment after they contacted Travelers about my case.

12 Travelers unwilling to investigate about the other driver information at least if it was reported or not after the accident scene though I've been begging Travelers about this matter since the very beginning.

15

### Breach Of Fudiciary Duty

1 Confusing my doctor to make compromise in my treatment needs and send me to pro bono clinics which delayed my treatment needs and time to go back to work.

2 John Hopkins changed their mind to provide me medical treatment after they contacted Travelers about my case. Travelers communication with John Hopkins has to be revealed.

3 Not responding to Enterprise on time about rental payment enquiry which resulted more than $1000 from my credit card by Enterprise at the time I was in financial crisis.

4 Providing misleading pieces of information regarding provisions in my policy.

5 Failure to deliver the coverages in my policy during the right time or the most needed moment. Proper claim handling procedures weren't observed in my case.

6 My communications with Travelers including with email and telephone have been made to install wrong impressions on me regarding the coverages' provisions, the claim handling processes and procedures...

### Misrepresentation and omissions under the District of Columbia Consumer Protection Procedures Act

1 Travelers didn't give me a complete policy document when they sold me their coverages. I got the the complete policy document from Travelers on 01/02/2014 after the voluntary lawyers pushed. This violation alone played huge role in misleading me throughout this matter.

2 Travelers sent me misleading letter on 01/06/2012 about wage loss coverage in my car insurance policy I bought from this company.

### Intentional Infliction of Emotional Distress

I respectfully demand trial from this honorable court for all issues including this claim.

16

### Recovery of all applicable damages not limited to the following

**I Health damages**

*My doctor was influenced not to send me right treatment centers on time because of afraid of treatment costs after she talked to Travelers in the early days of this matter. She was using pro bono treatment centers because Personal Injury Protection coverage in my policy was not provided from Travelers side.

*If Travelers wasn't deceptive about my wage loss benefits in my coverage, I would be able to get treatment by myself and I wouldn't be in financial crisis.

*Unable to get headache and left leg treatment still today irrespective of the symptoms due to this cost related issue.

*I've concern my head hasn't been properly addressed and it could hospitalize me in the future.

**II Financial damages**

|                        | Cost         |
|------------------------|--------------|
| Medical Bills**        | $14,357      |
| Wage Loss              | $22,092      |
| Rental car and damage  | $1,616.34    |
| Total                  | $38,065.34   |

**market value voluntary health services cost included to pay back those clinics operating with the help of clients' donations.

* The costs taken from my credit card with interest up to 19%. The interest cost should be considered.

17

* I almost had $0 credit card debit before the car accident. All my credit cards maxed out and I wasn't able to buy even food using my credit cards on those off work days. I owe more than $20,000 credit card debit.

* I've concern medical costs especially related to head will bankrupt me again.

III Social damages

* Eviction exposing my personal belongings including confidential asylum documents, medical documents and medications, academic certificates, SSN card, very personal belongings which show who I'm and how I'm .... I wasn't in my house when the eviction executed and couldn't protect my privacies. All my house mates and neighbors were there and observed when all these happened. All my coworkers, friends, neighbors, family....know this story.

* Unable to move from the same house, neighbors, landlord...to another state which I want to move. Still living the same place due to these unresolved matters.

* My interactions with my neighbors, coworkers, customers,...I can say with all human being after that car accident and its consequences are very negative and not interesting. I was a person nothing but love – deep endless love for everybody I used to meet. I used to love everyone. I'm afraid my attitude now is corrupted. It'll take me a while and a lot of energy to get back to myself.

IV Quality of life and past, present & future opportunity damages

I'm not myself at all as I was before this car accident. I still have unscheduled head and left leg pain. I want this court to help me make judgment soon as soon can be since I'm unable to move from this inhabitable place I'm still living to another state due this remained unresolved issue. I had no vehicle for a long time with its all inconvenient quality of life consequences especially when it's cold and my leg is hurting me. Car dealers were denying to give me vehicle due to bad credit history.

18

My entrepreneurship inspirations have been retarded. I was not able to go to school while my friends just graduated for their masters degree who started after I had car accident. They're now working for US Government while I wasn't able to take advantage of DC Government Cyber Security training scholarship. The damaged credit history still affecting me to access capital to pursue my projects in my company. I'm worried my unresolved headache will be affecting me negatively for my performance in school and future career.

_Awoke Gebretsadike_

Awoke Gebretsadike

5513 7th St. NW, Washington DC 20011

Phone: 202 292 8557

Email: awokenigusse@gmail.com

District of Columbia: SS
Subscribed and Sworn before me
this ___ day of _____ 2014

Brian K. Price-Notary Public, DC
My Commission Expires August 31, 2019

19



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_Awoke Gebretsadike_
_5513 7th St NW, Washington_
_DC. 20011_ Plaintiff
vs
_Travelers Insurance Company_
_P.O. Box 10891_
_Chantilly, VA 20153-0891_ Defendant

Case Number **14 - 0 0 0 7 0 4 2**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Awoke Gebretsadike_
Name of Plaintiff's Attorney

_5513 7th St NW_
Address

_Washington, DC_

_202-292-8557_
Telephone

如需翻譯, 請打電話 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요.      ኣማርኛ ተርጓሚ ከፈለጉ (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
Deputy Clerk

Date _11/6/14_

**IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                              CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISION CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

                                             Demandante

          contra

                                                    Número de Caso

                                             Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000 sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede evitar la Contestación original con el Juez ya sea antes o después de que usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                             *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

Dirección                                      Por

                                                    Subsecretario

Teléfono                                       Fecha

如需翻譯，請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Đễ có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    ያማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

     IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA.  SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO.  SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

     Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                                    Vea al dorso el original en inglés
                                    See reverse side for English original

                                                                                   CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET        **14 - 0 0 0 7 0 4 2**

*Awoke Gebretsadic*                    Case Number: _____

vs                    Date: *11 - 06 - 14*

*Travelers Insurance Corp*    ☐ One of the defendants is being sued
                                                in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| *Awoke Gebretsadic* | ☐ Attorney for Plaintiff |
| Firm Name: | ☑ Self (Pro Se) |
| Telephone No.:            Six digit Unified Bar No.: | ☐ Other: |
| *202-292-8557* | |

TYPE OF CASE: ☑ Non-Jury        ☐ 6 Person Jury            ☐ 12 Person Jury
Demand: $ *As court may deem proper*        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar#:_____

---

NATURE OF SUIT:        *(Check One Box Only)*

**A. CONTRACTS**                                    COLLECTION CASES

☑ 01 Breach of Contract        ☐ 07 Personal Property        ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty        ☐ 09 Real Property-Real Estate    ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument    ☐ 12 Specific Performance        ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees    ☐ 13 Employment Discrimination    ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure
     D.C. Code § 42-815

**B. PROPERTY TORTS**

☐ 01 Automobile            ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion            ☐ 04 Property Damage                ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 09 Harassment            ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection        ☐ 10 Invasion of Privacy            Not Malpractice)
☐ 03 Assault and Battery        ☐ 11 Libel and Slander        ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury    ☐ 12 Malicious Interference    ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 13 Malicious Prosecution    ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 14 Malpractice Legal        ☐ 21 Asbestos
☐ 07 False Arrest            ☐ 15 Malpractice Medical (Including Wrongful Death)    ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                ☐ 16 Negligence- (Not Automobile,    ☐ 23 Tobacco
                                Not Malpractice)            ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Jan 13

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 03 Condemnation (Emin. Domain)
- [ ] 05 Ejectment
- [ ] 07 Insurance/Subrogation
  Under $25,000 Pltf
  Grants Consent
- [ ] 08 Quiet Title
- [ ] 09 Special Writ/Warrant
  (DC Code § 11-941)

- [ ] 10 T.R.O./ Injunction
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- [ ] 25 Liens: Tax/Water Consent Granted
- [ ] 26 Insurance/Subrogation
  Under $25,000 Consent Denied
- [ ] 27 Insurance/ Subrogation
  Over $25,000 Pltf. Grants Consent
- [ ] 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 30 Liens: Tax/ Water Consent Denied
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower
- [ ] 34 Insurance/Subrogation
  Over $25,000 Consent Denied

**II.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage
  Certificate

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- [ ] 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- [ ] 21 Petition for Subpoena
  [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

Attorney's Signature          11-06-14   Date

CV-496/Jan 13



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

AWOKE GEBRETSADIKE
Vs.                                                    C.A. No.      2014 CA 007042 B
TRAVELERS INSURANCE COMPANY

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge BRIAN F HOLEMAN
Date:  November 6, 2014
Initial Conference: 9:30 am, Friday, February 06, 2015
Location:  Courtroom 214
          500 Indiana Avenue N.W.
          WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc